**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

**UNITED STATES OF AMERICA,**  Case No: 25-mj-05044-RES
  Plaintiff,   AUSA: Lindsey Debenham
    Stephen Hunting
v.   Defendant: Hunter Lindquist, AFPD

**LEONARD RRAPAJ,**
  Defendant.

| JUDGE: | Judge Rachel E. Schwartz | DATE: | June 9, 2025 |
|---|---|---|---|
| DEPUTY CLERK: | Dorothy Kliem | TAPE/REPORTER: | FTR Network @ 1:29 p.m. |
| INTERPRETER: | _____ | PROBATION: | Brett Boatwright |

## PROCEEDINGS

☒ **Initial Appearance – 6 min.**  ☐ Initial Revocation Hearing – min.  ☐ Bond Hearing – min.
☐ Arraignment – min.  ☐ Initial Rule 5(c)(3) – min.  ☐ Bond Revocation Hearing – min.
☐ Detention Hearing – min.  ☐ Preliminary Hearing – min.  ☐ Status Conference – min.

☐ Defendant sworn  ☒ **Examined re: financial status**  ☒ **Counsel appointed**
☒ **Constitutional Rights Explained**
☒ **Charges and penalties explained to defendant**  ☒ **Felony**  ☐ Misdemeanor
☒ **Advised of Due Process Protections Act**
☒ **Declines to Waive Indictment**  ☒ **Will be presented to next Grand Jury**
☐ Signed Waiver of Indictment  ☐ Information filed
☒ **Waived Reading of:**  ☐ Read to Defendant:
  ☐ Indictment
  ☐ Information
  ☒ **Complaint**
  ☒ **Counts: 1**
☐ Guilty  ☐ Not Guilty
☐ Bond Revoked  ☐ Continued on present conditions  ☐ Release Order executed  ☒ **Remanded to Custody**

☒ **Oral motion by Government for detention of defendant.**
☒ **Oral motion by Government to continue Detention and Preliminary Hearings. The court grants the continuance.**
☒ **Defendant's next appearance: Status Conference, Detention Hearing & Preliminary Hearing set for June 12, 2025, at 1:30 p.m. before Judge Schwartz in Topeka Courtroom 404.**

**OTHER:** Defendant appears in person, in custody and the court appoints Hunter Lindquist for this hearing and continuing through the upcoming June 12, 2025 status conference only. The status conference will discuss further whether this appointment is appropriate going forward. Government moves for detention. Government requests a continuance of the preliminary and detention hearing. The Court grants the continuance. Defendant is remanded to the custody of the U.S. Marshal Service.