# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                     **CASE NO.**   25-40036-TC-RES

**LEONARD RRAPAJ,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**ILLEGAL POSSESSION OF A MACHINEGUN**
**[18 U.S.C. § 922(o)(1)]**

On or about June 6, 2025, in the District of Kansas, the defendant,

**LEONARD RRAPAJ,**

did knowingly and unlawfully possess a machinegun, that is, a machinegun conversion device, of an unknown manufacturer.

In violation of Title 18, United States Code, Section 922(o)(1) and Title 18 United States Code, Section 2.

1

## FORFEITURE ALLEGATIONS

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offenses, including, but not limited to:

    A. Glock, Model 17, Generation 4, 9mm handgun, bearing serial number BBCY554;
    B. A machinegun conversion device, of an unknown manufacturer; and
    C. Ammunition.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

                                              A TRUE BILL.

                                              A TRUE BILL.

June 10, 2025                            s/Foreperson
DATE                                        FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY

By: /s/ Lindsey Debenham
Lindsey C. Debenham
Assistant United States Attorney
District of Kansas
444 Quincy St., Suite 290
Topeka, Kansas  66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Email: Lindsey.Debenham@usdoj.gov
Ks. S. Ct. No. 27574

> IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

## PENALTIES

**Count 1:**

- Punishable by a term of imprisonment of not more than ten (10) years. 18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.