UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case Number: | **25-40036** |
| | ) | | |
| Plaintiff, | ) | | |
| **vs.** | ) | | |
| | ) | | |
| **LEONARD RRAPAJ,** | ) | | |
| | ) | | |
| Defendant. | ) | Date of Hearing: | **8/20/25** |
| _____ | ) | | |

**CRIMINAL MINUTE SHEET – STATUS CONFERENCE**

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Kelli Stewart** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TOTAL TIME IN COURT: | **6 minutes** |

**APPEARANCES:**     parties appear:  **IN PERSON**
- United States of America:     **Lindsey Debenham**
- Defendant's counsel:     **Chris Joseph**
- Defendant:     ☒ On Release – Present

**NATURE OF HEARING:**

Defense counsel requests briefing schedule.

| | |
|---|---|
| Pretrial motions due: | 9/5/25 |
| Responses: | 9/19/25 |
| Replies: | 9/26/25 |
| Motion Hearing: | **10/16/25 at 1:30 p.m. in Courtroom 401** |

The Court makes ends of justice findings pursuant to 18 U.S.C. § 3161(h)(7)(A) and speedy trial time is excluded from today until 10/16/25 as to Defendant Rrapaj.