**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

| **UNITED STATES OF AMERICA,** | **Case No: 25-cr-40036-TC** |
|---|---|
| Plaintiff, | AUSA: Lindsey Debenham |
| | Defendant: Christopher Joseph |
| v. | |
| **LEONARD RRAPAJ,** | |
| Defendant. | |

| JUDGE: | Judge Rachel E. Schwartz | DATE: | August 21, 2025 |
|---|---|---|---|
| DEPUTY CLERK: | Dorothy Kliem | TAPE/REPORTER: | FTR Network @ 1:16 p.m. & 2:05 p.m. |
| INTERPRETER: | | PROBATION: | Christina Stapp |

## PROCEEDINGS

☐ Initial Appearance – min.   ☐ Initial Revocation Hearing – min.   ☐ Bond Hearing – min.
☐ Arraignment – min.   ☐ Initial Rule 5(c)(3) – min.   ☒ **Bond Revocation Hearing – 1 hr. 27 min.**
☐ Detention Hearing – min.   ☐ Preliminary Hearing – min.   ☐ Status Conference – min.

☐ Defendant sworn   ☐ Examined re: financial status   ☐ Counsel appointed
☒ **Constitutional Rights Explained**

☐ Bond Revoked   ☐ Continued on present conditions   ☐ Release Order executed   ☒ **Remanded to Custody**

☒ **Oral motion by Government for detention of defendant.**
☒ **Detention ordered – Oral motion GRANTED.**

**OTHER:** Defendant appears in person, in custody and with counsel Christopher Joseph. Government moves to revoke the defendant's pretrial release. Witness: Christina Stapp is sworn and testifies for the Government. Witness: Trisha McCormick is sworn and testifies for the Government. The Court, after hearing witness testimony and the arguments of counsel, finds for the reasons stated on the record the Defendant's pretrial release is revoked and defendant is detained pending trial. Formal Order of Detention to follow. Defendant is remanded to the custody of the U.S. Marshal Service.

**WITNESS LIST:**

| Witness | On Behalf of | Time |
|---|---|---|
| **Christina Stapp** | **Government** | **1:24-1:44 p.m.** |
| **Trisha McCormick** | **Government** | **1:44-2:02 p.m.** |
| | | **2:06-2:11 p.m.** |