**In the United States District Court
for the District of Kansas**

———————

Case No. 25-cr-40036-TC

———————

UNITED STATES OF AMERICA,

*Plaintiff*

v.

LEONARD RRAPAJ,

*Defendant*

———————

## ORDER

    Leonard Rrapaj is charged with one count of possession of a machine gun in violation of 18 U.S.C. § 922(o)(1). Doc. 10. He moves to dismiss his indictment, arguing that Section 922(o) violates the Second Amendment. Doc. 42. His motion is denied. As Rrapaj acknowledges, Doc. 42 at 1, his motion is foreclosed by *United States v. Morgan*, Case No. 24-3141, 2025 WL 2502968 (10th Cir. Sept. 2, 2025), which concludes otherwise.

    Accordingly, Rrapaj's Motion to Dismiss Indictment, Doc. 42, is DENIED.

    It is so ordered.


Date: September 12, 2025             _s/ Toby Crouse_____
                                                         Toby Crouse
                                                         United States District Judge