# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**                                      **Case No. 5:25-cr-40036-TC**

**LEONARD RRAPAJ,**
**DEFENDANT.**

## GOVERNMENT'S MOTION FOR LEAVE TO FILE CONVENTIONALLY

**COMES NOW**, the United States of America, by and through Lindsey Debenham, Assistant United States Attorney, and respectfully moves this Court to enter an order allowing conventional filing of a digital exhibit related to the Government's Response to Defendant's Motion to Review Detention Order.

The Government's response identified the audio recording of August 21, 2025, revocation hearing purposes of the evidentiary hearing. The government requests to file the exhibits prior to the suppression hearing to allow the Court the opportunity to review the exhibit beforehand. This exhibit has been placed on a single USB, which upon granting this motion, the government is prepared to provide to the clerk's office and/or chambers. The digital file exceeds the limit for electronic filing, and conventional filing is the only method known to counsel to make it part of the record in preparation for the hearing.

The government has reached out to the defendants' counsel, Chris Joseph, who did not object to the Government's request.

WHEREFORE, the United States respectfully requests that the Court enter an order allowing the conventional filing of the Government's digital exhibit.

Respectfully submitted,

s/Lindsey Debenham
Lindsey Debenham, #27574
Assistant United States Attorney
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
Lindsey.Debenham@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of September, 2025, I electronically filed the foregoing Motion with the Clerk of the Court by using the CM/ECF system which will send an electronic copy to counsel of record.

s/Lindsey Debenham
Lindsey Debenham, #27574
Assistant United States Attorney